# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Sidney L. Byrd,                                   Case No. 3:14 CV 2680

         Plaintiff

         v.                                         **JUDGMENT ENTRY**

Supplemental Staffing, et al.

         Defendants

         This Court having contemporaneously filed its Order in this case, it is therefore ORDERED that this action is dismissed. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

                                                      S/James G. Carr
                                                      Sr. U.S. District Judge